# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VEORIA MABRY § Case No. 14-11646
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/06/2014 in Courtroom 644, Dirksen Federal Building Courthouse,

219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
<u>EASTERN DIVISION</u>

In re:   VEORIA MABRY   § Case No. 14-11646
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $7,623.49 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $7,623.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $7,623.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Trustee, Fees* ALLAN J. DeMARS | $1,512.35 | $0.00 | $1,512.35 |
| *Trustee, Expenses* ALLAN J. DeMARS | $9.04 | $0.00 | $9.04 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

Total to be paid for chapter 7 administrative expenses: $1,521.39
Remaining balance: $6,102.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses: $0.00
Remaining balance: $6,102.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $6,102.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $42,699.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | $11,091.77 | $0.00 | $1,585.11 |
| 2 | Commerce Bank | $1,871.21 | $0.00 | $267.41 |
| 4 | Credit First NA | $789.74 | $0.00 | $112.86 |
| 5 | Capital One NA | $99.04 | $0.00 | $14.15 |
| 6 | PYOD, LLC assignee of Citibank | $17,551.91 | $0.00 | $2,508.32 |
| 7 | PYOD, LLC assignee of Citibank | $5,794.83 | $0.00 | $828.13 |
| 8 | PYOD, LLC assignee of Citibank | $3,265.91 | $0.00 | $466.73 |
| 9 | American Express Centurion Bank | $2,234.93 | $0.00 | $319.39 |

Total to be paid for timely general unsecured claims: $6,102.10
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St. - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-11646-PSH
Veoria Mabry                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross               Page 1 of 2          Date Rcvd: Oct 15, 2014
                              Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2014.
db           #+Veoria Mabry,    1100 Tuscany Drive,    Streamwood, IL 60107-4530
22263777       American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21729286      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
21729287     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
21902554      +BANK OF AMERICA, N.A.,    c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
22248691       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
21729289      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21729294      +Credit First N A,   6275 Eastland Rd,   Brookpark, OH 44142-1399
22137273      +Credit First NA,   Po Box 818011,    Cleveland, OH 44181-8011
21729297      +Mb Fin Svcs,   36455 Corporate Dr,    Farmington Hills, MI 48331-3552
21853250       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,   PO Box 131265,
               Roseville, MN 55113-0011
21729298      +Nationstar Mortgage Ll,    350 Highland Dr,   Lewisville, TX 75067-4177
21768030      +PNC Financial Services Group,   One PNC Plaza,   249 Fifth Avenue,   Pittsburgh, PA 15222-2707
21729299      +Sears/Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
21729300      +Specialized Loan Servi,   8742 Lucent Blvd Ste 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21944776       E-mail/Text: bankruptcy@commercebank.com Oct 16 2014 02:00:09     Commerce Bank,
               P O BOX 419248,   KCREC-10,   Kansas City, MO 64141-6248
21729292      +E-mail/Text: bankruptcy@commercebank.com Oct 16 2014 02:00:09     Commerce Bk,   Po Box 411036,
               Kansas City, MO 64141-1036
22019563      +E-mail/Text: collections@earthmovercu.com Oct 16 2014 01:59:51     Earthmover Credit Union,
               PO Box 2937,   Aurora, IL 60507-2937
21729295      +E-mail/Text: collections@earthmovercu.com Oct 16 2014 01:59:51     Earthmover Cu,   Po Box 2937,
               Aurora, IL 60507-2937
21729296      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 16 2014 01:59:13     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
22251527      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 16 2014 02:11:05
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21729288*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
21729291*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21729290*     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21729293*     +Commerce Bk,   Po Box 411036,    Kansas City, MO 64141-1036
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: dross                 Page 2 of 2                  Date Rcvd: Oct 15, 2014
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
        Allan J DeMars    alland1023@aol.com
        Joel P Fonferko    on behalf of Creditor    BANK OF AMERICA, N.A. ND-One@il.cslegal.com
        Joseph P Doyle    on behalf of Debtor Veoria  Mabry joe@fightbills.com, courts@fightbills.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter C Bastianen    on behalf of Creditor    Nationstar Mortgage LLC ND-Four@il.cslegal.com
                                                                                       TOTAL: 5