# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VEORIA MABRY § Case No. 14-11646
§
§
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $507,950.00 | Assets Exempt: | $23,800.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,102.10 | Claims Discharged Without Payment: | $628,037.43 |
| Total Expenses of Administration: | $1,521.39 | | |

3) Total gross receipts of $7,623.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,623.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $578,216.19 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,521.39 | $1,521.39 | $1,521.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $55,784.00 | $42,699.34 | $42,699.34 | $6,102.10 |
| **TOTAL DISBURSEMENTS** | $634,000.19 | $44,220.73 | $44,220.73 | $7,623.49 |

4) This case was originally filed under chapter  7  on 03/31/2014 .
The case was pending for     9   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2014                              By: /s/ ALLAN J. DeMARS
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| turn over, by debtor of non-exempt funds in checking account | 1129-000 | $7,009.78 |
| turn over, by debtor of non-exempt funds in checking account | 1229-000 | $613.71 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$7,623.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America NA | 4110-000 | $204,639.00 | $0.00 | $0.00 | $0.00 |
| | Earhtmover Credit Union | 4210-000 | $9,196.00 | $0.00 | $0.00 | $0.00 |
| | MB Financial Services | 4210-000 | $35,546.00 | $0.00 | $0.00 | $0.00 |
| | Nationstar Mtge | 4110-000 | $243,876.00 | $0.00 | $0.00 | $0.00 |
| | Specialized Loan Service | 4110-000 | $60,496.00 | $0.00 | $0.00 | $0.00 |
| | PNC Financial Services | 4210-000 | $24,463.19 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$578,216.19** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,512.35 | $1,512.35 | $1,512.35 |
| Allan J. DeMars | 2200-000 | N/A | $9.04 | $9.04 | $9.04 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,521.39 | $1,521.39 | $1,521.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-900 | $11,091.00 | $11,091.77 | $11,091.77 | $1,585.11 |
| 2 | Commerce Bank | 7100-900 | $1,871.00 | $1,871.21 | $1,871.21 | $267.41 |
| 4 | Credit First NA | 7100-900 | $635.00 | $789.74 | $789.74 | $112.86 |
| 5 | Capital One NA | 7100-900 | $99.00 | $99.04 | $99.04 | $14.15 |
| 6 | PYOD LLC assignee of Citibank | 7100-900 | $17,551.00 | $17,551.91 | $17,551.91 | $2,508.32 |
| 7 | PYOD LLC assignee of Citibank | 7100-900 | $5,794.00 | $5,794.83 | $5,794.83 | $828.13 |
| 8 | PYOD LLC assignee of Citibank | 7100-900 | $3,265.00 | $3,265.91 | $3,265.91 | $466.73 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | American Express Centurion Bank | 7100-900 | $2,234.00 | $2,234.93 | $2,234.93 | $319.39 |
| | 2 scheduled claims with no claim filed | 7100-900 | $13,224.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,784.00 | $42,699.34 | $42,699.34 | $6,102.10 |

**EXHIBIT A@ FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No.  14-11646                                    Trustee Name:  Allan J. DeMars

Case Name: VEORIA MABRY                               Date Filed (f) or Converted (c): 3/31/14 (F)

For Period Ending: 3/31/15                            §341(a) Meeting Date: 5/14/14

                                                      Claims Bar Date: 8/15/14 (govt 9/29/14)

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Residence: 1100 Tuscany Drive, Streamwood, IL | 185,000.00 | 0.00 | | | FA |
| 2  11605 Heritage Meadow Plainfield, IL | 290,000.00 | 0.00 | | | FA |
| 3  checking acct Fifth/Third xxxx5479 | 3,599.50 | 549.50 | | 549.50 | FA |
| 4  checking Nationwide 4636 | 511.18 | 511.18 | | 511.18 | FA |
| 5  checking Bank of America 5105 | 12.99 | 12.99 | | 12.99 | FA |
| 6  Chase checking 1712 | 1.89 | 1.89 | | 1.89 | FA |
| 7  Fifth Third check 7692 | 5,929.22 | 5,929.22 | | 5,929.22 | FA |
| 8  PNC checking 9985 | 5.00 | 5.00 | | 5.00 | FA |
| 9  Nationwide check 4648 (u) | 500.96 | 500.96 | | 500.96 | FA |
| 10 PNC checking 4882 (u) | 112.75 | 112.75 | | 112.75 | FA |
| 11 household goods | 325.00 | 0.00 | | | FA |
| 12 books, pictures | 125.00 | 0.00 | | | FA |
| 13 wearing apparel | 900.00 | 0.00 | | | FA |
| 14 costume jewelry | 500.00 | 0.00 | | | FA |
| 15 Liberty Mutual term ins | 0.00 | 0.00 | | | FA |
| 16 Mabry Agency | unknown | 0.00 | | | FA |
| 17 estimated tax refund received pre-petition | 0.00 | 0.00 | | | FA |
| 18 2011 Mercedes Benz | 29,200.00 | 0.00 | | | FA |
| 19 2008 Saturn Vue | 7,650.00 | 0.00 | | | FA |
| 20 2011 Volkswagon Tiguan (u) | 13,500.00 | 0.00 | | | FA |

| 21 | laptops, desks, chairs | 1,500.00 | 1,500.00 | | FA |

TOTALS (Excluding unknown values)            7,623.49            7,623.49

(Total Dollar Amount in Column 6)

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-11646  
Case Name: VEORIA MABRY  
Taxpayer ID#: XX-XXX3498  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Checking acct#: XXXXXX9443  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 5/23/14 | Ref 3,4,5,6,7,8 Ref 9,10 | Veoria Mabry | turn over of non-exempt portion of checking accounts | 1129-000 $7,009.78  1229-000 $613.71 | 3811.74 3811.75 | | 7,623.49 |
| 11/6/14 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,512.35 | 6,111.14 |
| 11/6/14 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 9.04 | 6,102.10 |
| 11/6/14 | Check 1003 | Commerce Bank | 726(a)(2) | 7100-900 | | 1,585.11 | 4,516.99 |
| 11/6/14 | Check 1004 | Commerce Bank | 726(a)(2) | 7100-900 | | 267.41 | 4,249.58 |
| 11/6/14 | Check 1005 | Credit First NA | 726(a)(2) | 7100-900 | | 112.86 | 4,136.72 |
| 11/6/14 | Check 1006 | Capital One NA | 726(a)(2) | 7100-900 | | 14.15 | 4,122.57 |
| 11/6/14 | Check 1007 | PYOD, LLC assignee of Citibank | 726(a)(2) | 7100-900 | | 2,508.32 | 1,614.25 |
| 11/6/14 | Check 1008 | PYOD, LLC assignee of Citibank | 726(a)(2) | 7100-900 | | 828.13 | 786.12 |
| 11/6/14 | Check 1009 | PYOD, LLC assignee of Citibank | 726(a)(2) | 7100-900 | | 466.73 | 319.39 |
| 11/6/14 | Check 1010 | American Express Centurian Bank | 726(a)(2) | 7100-900 | | 319.39 | 0.00 |

COLUMN TOTALS  
Less: Bank transfers/CD       7,623.49   7,623.49   0.00  
 Subtotal  
Less: Payments to debtor(s)  
Net                           7,623.49   7,623.49   0.00  

NET

| TOTAL - ALL Accounts | NET DEPOSITS | DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# XXXXXX9443 | | | |
| Money Market # | 7,623.49 | 7,623.49 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 7,623.49 | 7,623.49 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |